JS-6

Mark S. Roth, Esq. (Bar No. 80612)
COZEN O'CONNOR
601 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, a corporation, | Hon. Jesus G. Bernal |
| Plaintiff, | Case No.: EDCV13-00669 JGB (DTBx) |
| vs. | ORDER ON STIPULATION OF DISMISSAL |
| TYCO INTERNATIONAL (US), INC., a corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

On June 20, 2014, the parties jointly submitted a Stipulation of Dismissal to the Court.

Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorney's fees and other litigation expenses.

IT IS SO ORDERED.

Dated this 23rd day of June, 2014.

_____
THE HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE